**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nyeesha M. Miller <br> _Debtor_ | CHAPTER 13 <br><br> BKY. NO. 16-17747 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank, and index same on the master mailing list.

Re: Loan # Ending In: 8369

Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734