**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                               : Chapter 13

**Miller, Nyeesha M.**

     **Debtor**

                                 :        16-17747 mdc

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S AMENDED CHAPTER 13 PLAN**

    I certify that on  May 9, 2017 ,  the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served  a copy of the Debtor's  Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: May 9, 2017

                                    _"/s/"Mitchell J. Prince
                                    John L. McClain, Esquire
                                    Mitchell J. Prince, Esquire
                                    Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072