**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13

**Miller, Nyeesha M.**

   **Debtor**

: 16-17747 mdc

**CERTIFICATE OF SERVICE OF
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

    I certify that on September 19, 2017 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: September 19, 2017

                              "/s/"Mitchell J. Prince
                              John L. McClain, Esquire
                              Mitchell J. Prince, Esquire
                              Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072