**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Nyeesha M. Miller, | : | |
|         Debtor. | : | Bankruptcy No. 16-17747-MDC |

# O R D E R

**AND NOW**, John L. McClain (the "Applicant"), counsel to Nyeesha M. Miller (the "Debtor"), filed an Application for Compensation and Reimbursement of Expenses dated November 20, 2017 (the "Supplemental Application").[1]

**AND**, pursuant to the Supplemental Application, the Applicant requests the allowance of compensation in the amount of $2,047.50 and the reimbursement of expenses in the amount $22.83 (the "Supplemental Fees").

**AND**, the Applicant filed a certification that proper service of the Supplemental Application has been made on all interested parties.

**AND**, the Applicant filed a Certification of No Response dated January 2, 2018.

**AND**, the Applicant was previously awarded compensation in the amount of $6,000.00 and the reimbursement of expenses in the amount $28.00 pursuant to this Court's Order dated January 3, 2018.[2]

**AND**, pursuant to the Debtor's Second Amended Chapter 13 Plan filed on September 19, 2017 (the "Plan"),[3] and approved by this Court pursuant to an Order dated November 16, 2017,[4] the Plan provides for payment of attorneys' fees in the total amount of $6,000.00 in addition to $0.00, the amount paid to the Applicant prior to the filing of the Debtors' Chapter 13 petition.

---

[1] Bankr. Docket No. 33.

[2] Bankr. Docket No. 38.

[3] Bankr. Docket No. 24.

[4] Bankr. Docket No. 29.

It is hereby **ORDERED** that:

1. A hearing shall be held on **February 15, 2018, at 11:00 a.m.**, in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA** (the "Show-Cause Hearing"), to consider whether sufficient funds are available to fund payment of the Supplemental Fees through the Debtor's Second Amended Plan. *See, e.g., In re Carter*, Bky. No. 00-75939, 2006 WL 6588999, *3 (Bankr. N.D. Ga. Apr. 14, 2006); *In re McDuffie*, Bky. No. 03-65333, 2005 WL 3108234, *1 (Bankr. D. Md. Feb. 22, 2005).

2. At the Show-Cause Hearing, the Applicant shall have the written retainer agreement with the Debtors available for review by the court and parties in interest.

Dated: January 22, 2018

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

John L. McClain, Esquire
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107