United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17747-mdc
Nyeesha M. Miller                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John            Page 1 of 1            Date Rcvd: Jan 22, 2018
                             Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2018.
db            +Nyeesha M. Miller,    53 Beverly Ave,    Lansdowne, PA 19050-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jan 23 2018 01:54:06     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2018 01:53:50
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 23 2018 01:53:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Defendant    M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Nyeesha M. Miller aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Nyeesha M. Miller aaamcclain@aol.com,  edpabankcourt@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Nyeesha M. Miller, | : | |
|         Debtor. | : | Bankruptcy No. 16-17747-MDC |

# **O R D E R**

**AND NOW**, John L. McClain (the "Applicant"), counsel to Nyeesha M. Miller (the "Debtor"), filed an Application for Compensation and Reimbursement of Expenses dated November 20, 2017 (the "Supplemental Application").[1]

**AND**, pursuant to the Supplemental Application, the Applicant requests the allowance of compensation in the amount of $2,047.50 and the reimbursement of expenses in the amount $22.83 (the "Supplemental Fees").

**AND**, the Applicant filed a certification that proper service of the Supplemental Application has been made on all interested parties.

**AND**, the Applicant filed a Certification of No Response dated January 2, 2018.

**AND**, the Applicant was previously awarded compensation in the amount of $6,000.00 and the reimbursement of expenses in the amount $28.00 pursuant to this Court's Order dated January 3, 2018.[2]

**AND**, pursuant to the Debtor's Second Amended Chapter 13 Plan filed on September 19, 2017 (the "Plan"),[3] and approved by this Court pursuant to an Order dated November 16, 2017,[4] the Plan provides for payment of attorneys' fees in the total amount of $6,000.00 in addition to $0.00, the amount paid to the Applicant prior to the filing of the Debtors' Chapter 13 petition.

---

[1] Bankr. Docket No. 33.

[2] Bankr. Docket No. 38.

[3] Bankr. Docket No. 24.

[4] Bankr. Docket No. 29.

It is hereby **ORDERED** that:

1. A hearing shall be held on **February 15, 2018, at 11:00 a.m.**, in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA** (the "Show-Cause Hearing"), to consider whether sufficient funds are available to fund payment of the Supplemental Fees through the Debtor's Second Amended Plan. *See, e.g., In re Carter*, Bky. No. 00-75939, 2006 WL 6588999, *3 (Bankr. N.D. Ga. Apr. 14, 2006); *In re McDuffie*, Bky. No. 03-65333, 2005 WL 3108234, *1 (Bankr. D. Md. Feb. 22, 2005).

2. At the Show-Cause Hearing, the Applicant shall have the written retainer agreement with the Debtors available for review by the court and parties in interest.

Dated: January 22, 2018

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

John L. McClain, Esquire
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107