# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Miller, Nyeesha M.                    : Chapter 13

    Debtor                                 : 16-17747 mdc

## CERTIFICATE OF SERVICE

    I certify that copies of the **Debtor's Motion to Approve Mortgage Modification, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on <u>February 22, 2018.</u>

                      "/s/"Mitchell J.Prince
                      John L. McClain, Esquire
                      Mitchell J. Prince, Esquire
                      Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840
(Per Proof of Claim)

Denise Carlon, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Miller, Nyeesha M.
53 Beverly Ave
Lansdowne, PA 19050