**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Miller, Nyeesha M. | | |
| Debtor | : | 16-17747 mdc |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE COURT

    Counsel for the Debtor hereby withdraws the document captioned Supplemental Application for Compensation filed on November 20, 2017 (Docket No. 33).

Date:  March 28, 2018

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor