United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nyeesha M. Miller  
    Debtor

Case No. 16-17747-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 2     Date Rcvd: Feb 20, 2020  
                        Form ID: 138NEW     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.

```
db          +Nyeesha M. Miller,   53 Beverly Ave,   Lansdowne, PA 19050-2705
13818504    +Ernest Green,   Bartlett Rd,   Sharon Hill, PA 19079
13818505    +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13818506    +KML Law Group, PC,   701 Market Street,   Philadelphia, PA 19106-1538
13836797    +M&T BANK,   c/o DENISE ELIZABETH CARLON,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13850573    +M&T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
13818510    +Pinnacle/ Westgate,   Po Box 130848,   Carlsbad, CA 92013-0848
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Feb 21 2020 03:30:22     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2020 03:30:08
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 21 2020 03:30:16     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 03:31:21     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13818507     E-mail/Text: camanagement@mtb.com Feb 21 2020 03:30:01     M & T Bank,   Po Box 844,
              Buffalo, NY 14240
13832436     E-mail/Text: camanagement@mtb.com Feb 21 2020 03:30:01     M&T Bank,   P.O. Box 840,
              Buffalo, NY 14240-0840
13818508     E-mail/Text: camanagement@mtb.com Feb 21 2020 03:30:01     M & T Bank,   1 Fountain Plz Fl 4,
              Buffalo, NY 14203
13818511     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 03:31:22
              Portfolio Recovery,   PO box 41067,   Norfolk, VA 23541
13872891    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 03:31:10
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13818512    +E-mail/Text: bankruptcy@sw-credit.com Feb 21 2020 03:30:10     Southwest Credit Systems,
              4120 International Parkway Ste 1100,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13818509*   +Nyeesha M. Miller,   53 Beverly Ave,   Lansdowne, PA 19050-2705
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Defendant    M&T Bank bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          JOHN L. MCCLAIN    on behalf of Plaintiff Nyeesha M. Miller aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor Nyeesha M. Miller aaamcclain@aol.com,   edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
```

```
District/off: 0313-2           User: dlv                Page 2 of 2              Date Rcvd: Feb 20, 2020
                               Form ID: 138NEW          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nyeesha M. Miller
    Debtor(s)

Bankruptcy No: 16–17747–mdc
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 2/20/20

54 – 52
Form 138_new