Certificate Number: 03088-PAE-DE-034185870

Bankruptcy Case Number: 16-17747



03088-PAE-DE-034185870

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 5, 2020, at 9:30 o'clock AM CST, Nyeesha M Miller completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 5, 2020              By:    /s/Doug Tonne

                                   Name:  Doug Tonne

                                   Title: Counselor